1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   IN RE:  STEVEN WAYNE BONILLA          No. 2:24-cv-03360-WBS-CSK

12                                         No. 2:24-cv-03459-WBS-CSK

13                                         No. 2:24-cv-03460-WBS-CSK

14                                         No. 2:24-cv-03471-WBS-CSK

15                                         No. 2:24-cv-03472-WBS-CSK

16                                         No. 2:24-cv-03473-WBS-CSK

17                                         No. 2:24-cv-03475-WBS-CSK

18                                         No. 2:24-cv-03476-WBS-CSK

19                                         No. 2:24-cv-03483-WBS-CSK

20                                         No. 2:24-cv-03490-WBS-CSK

21

22

23                                         **ORDER**

24

25

26         Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

27   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

28   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

                                          1

1  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

2  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

3  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

4  the Court to open a new case for each attempted new pleading and assign it to the Court for

5  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

6  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

7       The Court has reviewed the complaints/petitions filed in the above-captioned cases and

8  finds they are related to Plaintiff's Alameda County criminal conviction.

9       Accordingly, IT IS HEREBY ORDERED that 2:24-cv-03360, 2:24-cv-03459, 2:24-cv-

10  03460, 2:24-cv-03471, 2:24-cv-03472, 2:24-cv-03473, 2:24-cv-03475, 2:24-cv-03476, 2:24-cv-

11  03483 and 2:24-cv-03490 are DISMISSED; the Clerk of the Court is directed to close these cases.

12  No further filings will be accepted.

13  Dated:  December 30, 2024

14  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

2